UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | MDL No. 13-2441 (DWF/FLN) |
| This Document Relates to:<br><br>ROBERT C. MONK<br><br><br>Plaintiff,<br><br>vs.<br><br>HOWMEDICA OSTEONICS d/b/a STRYKER ORTHOPAEDICS, STRYKER CORP., STRYKER SALES CORPORATION and STRYKER IRELAND LIMITED,<br><br>Defendants. | **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1.      Plaintiff, Robert C. Monk, states and brings this civil action in MDL No. 2441, entitled *In Re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*.   Plaintiff are filing this Short Form Complaint as permitted by Pretrial Order #10 dated January 23, 2014 of this Court.

## PARTIES, JURISDICTION AND VENUE

2.      Plaintiff, Robert C. Monk, is a resident and citizen of the State of Georgia and claims damages as set forth below.

3.      Venue of this case is appropriate in the United States District Court, Middle District of Georgia. Plaintiff states that but for the Order permitting directly filing into the District of Minnesota pursuant to Pretrial Order No. 4, Plaintiff would have filed in the United

States District Court, Middle District of Georgia.   Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

4.     Plaintiff brings this action *[check the applicable designation]*:

___X___     ~~On behalf of himself;~~

_____     In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____.   A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.   *[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

### Allegations as to **Right-Side** Implant/Explant Surgery:

5.     Plaintiff was implanted with a Stryker Modular hip stem on his right hip on or about October, 2009, at Jack Hughston Hospital, 4401 Riverchase Drive, Phenix City, AL 36867 by Dr. John Waldrop.

6.     Plaintiff had the right hip stem at issue explanted on April 9, 2014, at Jack Hughston Hospital, 4401 Riverchase Drive, Phenix City, AL 36867 by Dr. John Waldrop.

## ALLEGATIONS AS TO INJURIES

7.     (a)  Plaintiff claims damages as a result of (check all that are applicable):

___X___          INJURY TO HIMSELF

_____          INJURY TO THE PERSON REPRESENTED

_____          WRONGFUL DEATH

_____        SURVIVORSHIP ACTION

_____        ECONOMIC LOSS

8.      Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

9.      Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

10.     Plaintiff could not have known that the injuries she suffered were as a result of a defect in the Devices at issue until after the date the Device was recalled from the market and the Plaintiff came to learn of the recall.

11.     In addition, Plaintiff could not have known that he was injured by excessive levels of chromium and cobalt until after the date he had his blood drawn and he was advised of the results of said blood-work and the fact that those blood work abnormalities were attributable to a defect in the Device at issue.

## CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12.     The following claims and allegations are asserted by Plaintiff and are herein adopted by reference (check all that are applicable):

___X___        COUNT I - NEGLIGENCE;

___X___        COUNT II - NEGLIGENCE PER SE;

___X___        COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;

___X___        COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;

___X___        COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;

3

   X           COUNT VI - BREACH OF EXPRESS WARRANTY;

   X           COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;

   X           COUNT VIII - BREACH OF IMPLIED WARRANTIES;

   X           COUNT IX - VIOLATION OF MINNESOTA DECEPTIVE ACTS AND PRACTICES, UNFAIR TRADE PRACTICES, CONSUMER PROTECTION, MERCHANDISING PRACTICES AND FALSE ADVERTISING ACTS

   X           COUNT X – VIOLATION OF CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW;

   X           COUNT XI - NEGLIGENT MISREPRESENTATION

               COUNT XII - LOSS OF CONSORTIUM

   X           COUNT XIII – UNJUST ENRICHMENT

               COUNT XIV – WRONGFUL DEATH

In addition to the above, Plaintiff asserts the following additional causes of action under applicable state law:

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For all applicable statutory damages of the state whose laws will govern this action;

3. For an award of attorneys' fees and costs;

4. For prejudgment interest and costs of suit;

5. For restitution and disgorgement of profits; and,

6. For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

Date: _4/30/15_                              Respectfully submitted,

LAURA V. YAEGER, ESQUIRE
Florida Bar No: 101972
Texas Bar No: 24011432
MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail:  MGoetz@forthepeople.com
Counsel for Plaintiff